# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MAURICE HERMAN,**
Appellant,

v.

**BROWN ROBERT, LLP** and **SETH ROBERT,**
Appellees.

No. 4D21-2290

[July 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 14-015537.

Jack Kallus of Becker & Poliakoff, P.A., Coral Gables, and Juan Ramirez, Jr. of ADR Miami, LLC, Miami, for appellant.

Connis O. Brown, III and Seth P. Robert of Brown Robert, LLP, Fort Lauderdale, and D. David Keller of Keller Landsberg PA, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***